2009-01199
FILED
August 20, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002037844

Hilton A. Ryder, # 54470
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Big3D, Inc.

(SPACE BELOW F

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| In Re<br><br>BIG3D, INC.,<br>          Debtor. | Case No. 08-16768-B-11<br><br>Chapter Number: 11 |
| BIG3D, INC.<br><br>          Plaintiff,<br><br>v.<br><br>PAPER MACHINERY CORPORATION<br><br>          Defendant. | Adversary Proceeding # |

**COMPLAINT TO DETERMINE NATURE, EXTENT,
VALIDITY OF INTEREST AND FOR TURNOVER**

       Plaintiff, BIG3D, INC., Debtor-in-Possession, alleges as follows:

       1.     Plaintiff BIG3D, INC. ("Debtor") is a California corporation with its principal place of business in Fresno, California.

       2.     Defendant PAPER MACHINERY CORPORATION ("PMC") is a Wisconsin corporation with it principal place of business in Milwaukee, Wisconsin.

       3.     On October 23, 2008, Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in this Court.

# STATEMENT OF FACTS

4. This action arises out of an order for the manufacture of equipment by PMC for Debtor's use and ultimate purchase.

5. On March 27, 2006, Debtor placed an order for a PMC 1002P. This order was amended on November 17, 2006, and is designated Purchase Order No. 2006TKS4436. The cost of the PMC 1002P was $1,126,950.00. A copy of the amended November 17, 2006, Purchase Order No. 2006TKS4436 is attached as Exhibit "A."

6. On October 30, 2006, PMC acknowledged the order and set a price of $957,950 and asked for an addition to the first installment payment in the amount of $285,282.50.

7. Debtor paid PMC $335,282.50 toward the purchase of the PMC1002P in two installment payments of $50,000.00 and $285,000.00. Creditor Great Atlantic Capital Corporation loaned Debtor the $285,000.00 for the second installment payment. A copy of the invoice of PMC to GACC for the deposit is attached hereto as Exhibit B.

8. A dispute arose between Debtor and PMC in 2006 and 2007 concerning Debtor's obligation to provide lenticular material required to complete the testing of the PMC 1002P.

9. Debtor was not able to provide PMC with production-grade lenticular plastic with which to test the PMC1002P due to PMC's delay in providing a replacement part on a machine previously purchased by Debtor from PMC. Without the replacement part, which was to be provided by PMC, Debtor was not able to test and properly configure raw material combinations for lenticular stock.

10. PMC tested the first machine using small batches of smooth and variations of lenticular plastic. PMC and Debtor agreed to install the first machine at BIG3D's Fresno facility before all the testing of the first machine for lenticular plastic was completed.

11. Debtor delivered small batches of smooth and variations of lenticular plastic to PMC for the testing of the second machine, *i.e.*, the PMC1002P. PMC refused to test the PMC1002P using the materials sent by Debtor.

///

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

12. Debtor is informed and believes and on this basis alleges that PMC did not conduct any testing of the PMC1002P using the materials provided by Debtor, despite the fact that Debtor had paid $335,383.50 as a deposit toward the purchase of the PMC1002P.

13. Debtor is informed and believes and on this basis alleges that PMC sold the PMC1002P that was the subject of Purchase Order No. 2006TKS4436 to an unknown third party.

14. PMC refused to perform its obligations under its contract to deliver the PMC1002P and has further refused to return any portion of the $335,383.50 payments toward the PMC1002P.

**DETERMINATION OF NATURE AND EXTENT OF
INTEREST IN SUMS PAID AS DEPOSIT BY DEBTOR TO PMC**

15. Debtor alleges that the $335,383.50 held by PMC is property of the estate, subject to certain lien and post petition rights held by Creditor Great Atlantic Capital Corporation and that PMC has wrongfully withheld the $335,383.50 installment payments on the PMC1002P. Debtor seeks an order quieting title to the $335,383.50 installment payments by Debtor and for turnover of the funds as property of this Chapter 11 estate, subject to whatever pre and post petition rights Great Atlantic Capital Corporation has in the money at issue.

**JURISDICTION**

This Court has jurisdiction over this matter pursuant to the general grant of jurisdiction of 28 U.S.C. §1334. The matter is a core proceeding as defined by 28 U.S.C. §157(b). The specific relief sought is pursuant to 11 U.S.C. § 541 and 542. The procedure is provided pursuant to L.B.R. 7004 et. seq.

**WHEREFORE**, Debtor prays that an order be entered as follows:

1. For a determination that the $335,383.50 of installments paid by Debtor toward its purchase of the PMC1002P is property of the estate, subject to the pre and post petition rights of Great Atlantic Capital Corporation.

///

///

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2. For a further determination that Debtor is entitled to the turnover of its $335,383.50 deposit on the PMC1002P, subject to any interest of Creditor Great Atlantic Capital Corporation.

3. For such further and other relief as this Court deems proper.

Dated: August 20, 2009.

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Hilton A. Ryder
Attorneys for Big3D, Inc.

09477/00011-1410776.v1

4

EXHIBIT "A" Page 1 of 3

# PURCHASE ORDER



TOM:
1419 M Street   Fresno, CA 93721   (559) 233-3380

#1

P.O. # 2006TKS4436
DATE: MARCH 24, 2006

Amended 11/17/06

| VENDOR | Paper Machinery Corporation<br>PO Box 240100<br>Milwaukee, WI 53224-9005 | SHIP TO | Big3D.com<br>Attn: Thomas K. Saville<br>1419 M Street<br>Fresno, CA 93721 |
|---|---|---|---|

S.O. 96547
– 96548

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| Bestway | FOB | |

| | QTY | ITEM # | DESCRIPTION | JOB | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|---|
| ✓✓ | 1 | PMC 1002P FHA, BF Forming Machine | 1 complete PMC 1002 Lease Purchase | | 774600.00 | 774600.00 |
| ✓ | 1 | PMC 1002P FHA, BF Tooling | 1 set of tools Cash Purchase  Size? 20 oz | 100276 | 95000.00 | 95000.00 |
| ✓ | 1 | 20-ounce Tooling Spares | 20-ounce Tooling Spares | | 21700.00 | 21700.00 |
| ✓✓ | 1 | Mechanical/Electrical Spare Parts | Mechanical/Electrical Spare Parts | | 30900.00 | 30900.00 |
| ✓✓ | 1 | CS250 | CS250 | | 35750.00 | 35750.00 |
| ✓✓ | 1 | 32-ounce Tooling | 32-ounce Tooling | | 95000.00 | 95000.00 |
| ✓✓ | 1 | 32-ounce Tooling Spares | 32-Ounce Tooling Spares | | 21700.00 | 21700.00 |
| ✓ | 1 | 32-ounce Transfer Tubing | 20- 32-ounce Transfer Tubing | | 3100.00 | 3100.00 |
| ✓ | 1 | 12-ounce Height Change | 12-ounce Height Change | | 24600.00 | 24600.00 |
| ✓✓ | 1 | 16-ounce Height Change | 16-ounce Height Change | | 24600.00 | 24600.00 |

|  | |
|---|---|
| SUBTOTAL | $1126950.00 |
| SALES TAX |  |
| TOTAL | $1126950.00 |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
   Big3D.com
   1419 M Street
   Fresno, CA 93720
   Phone 559-233-3380 Fax 559-233-3699

Authorized by: Sydneylou J. Westbrook     Date: 11/17/2006

EXHIBIT "B" Page 1 of 2



**Paper Machinery Corporation**

P.O. Box 240100 • Milwaukee, WI 53224-9005
8900 West Bradley Road • Milwaukee, WI 53224-2822 U.S.A.
Phone: 414-354-8050 • FAX: 414-354-8614

**INVOICE**

No. 10300601

| TO | Great Atlantic Capital Corp.<br>411 Hackensack Ave.<br>Hackensack, NJ 07601 | SHIPPED TO | B3D<br>1419 M Street<br>Fresno, CA 93721 |
|---|---|---|---|

| 10/30/06 | | 2006TKS4463 | 96547, 96548 | See Below | | |
|---|---|---|---|---|---|---|
| 1 | PMC-1002P machine, including CS-251 counter stacker, 1 sets of tools, and related mechanical and electrical spare parts | | | | | $957,950.00 |
| | Terms: $50,000 due with order, 35% (less first down payment) due 90 days from order, 35% due upon machine acceptance, balance due net 30 days from shipment as follows: | | | | | |
| | $50,000 received, $285,282.50 due now (35% less $50,000) | | | | | |
| | $335,282.50 due upon machine acceptance | | | | | |
| | $287,385.00 plus freight charges due 30 days from shipment | | | | | |
| | Amount due now | | | | | $285,282.50 |
| | Please forward a California sales tax exemption certificate | | | | | |
| | | | | | TOTAL | $285,282.50 |