UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | |
|---|---|
| **Adversary Title :** | BIG3D, Inc. v. Paper Machinery Corporation |
| **Case No :** | 08−16768 − B − 11 |
| **Adv No :** | 09−01199 − B |
| **Date :** | 1/14/10 |
| **Time :** | 10:00 |

**Matter :** Status Conference − [1] − (11 (Recovery of money/property − 542 turnover of property)) : Complaint 09−01199 by BIG3D, Inc. against Paper Machinery Corporation. Fee Amount of $250.00 is Exempt. (rbef)

**Judge :** W. Richard Lee
**Courtroom Deputy :** Jennifer Dauer
**Reporter :** Karen Griswold
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
    Plaintiff's Attorney − Hilton A. Ryder
**Respondent(s) :**
    Defendant's Attorney − John P. Kinsey
(by phone)     Defendant's Attorney − Kathy Nusslock, David Brown

HEARING CONTINUED TO: 1/27/10 at 10:30 AM